UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAHEN KESHISHIAN, | ) | CASE NO. CV 09-7578-SVW (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| LARRY SMALL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   Aril 30, 2013  .

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Tmp\Judgment.wpd